Hurst State Bank of Hurst, Illinois, appellant, v. Estate of Peter K. Friedline, deceased, appellee.

Opinion filed June 1, 1928.

Hal G. Gallimore and Isaac K. Levy, for appellant. Lawrence A. Glenn, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

C. C. Stotlar and John Y. Stotlar, trading as Stotlar Lumber Yard, appellee, v. Jake Farner, appellant.

Opinion filed June 1, 1928.

R. E. Doty, for appellant. No appearance for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

The East Side Packing Company, appellee, v. The Louisville & Nashville Railroad Company, appellant.

Opinion filed June 1, 1928.

Charles P. Hamill, for appellant. Pope & Driemeyer, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.

Ada Goff, appellee, v. Moses W. Elam, appellant.

Opinion filed June 1, 1928. Rehearing denied July 23, 1928.

Robert E. Wright, for appellant. Sumner & Lewis and Emerson E. Schnepp, for appellee.

Mr. Justice Wolfe delivered the opinion of the court.